433 A.2d 138

Commonwealth v. Jeskey, Appellant.

538

Submitted November 14, 1980.  Joseph M. Budicak, for appellant;  John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence is affirmed.